IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dantzler, Phyllis Y

Printed: 03/03/09

Case Number: 06 B 11205
Judge: Wedoff, Eugene R
Filed: 9/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: February 25, 2009
Confirmed:  October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,490.00 |  |
| Secured: |  | 5,043.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,029.00 |
| Trustee Fee: |  | 417.12 |
| Other Funds: |  | 0.00 |
| Totals: | 7,490.00 | 7,490.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,029.00 | 2,029.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 8,300.00 | 5,043.88 |
| 4. | Plains Commerce Bank | Unsecured | 18.04 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 79.81 | 0.00 |
| 6. | National Capital Management | Unsecured | 341.13 | 0.00 |
| 7. | Suburban Emergency Physician | Unsecured |  | No Claim Filed |
| 8. | Riverede Hospital | Unsecured |  | No Claim Filed |
| 9. | South Suburban Hospital | Unsecured |  | No Claim Filed |
| 10. | South Suburban Hospital | Unsecured |  | No Claim Filed |
| 11. | Spiegel | Unsecured |  | No Claim Filed |
| 12. | Suburban Emergency Physician | Unsecured |  | No Claim Filed |
| 13. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 14. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 15. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 16. | Personal Finance Company | Unsecured |  | No Claim Filed |
| 17. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 18. | Nrthestcrcol | Unsecured |  | No Claim Filed |
| 19. | First National Bank | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,767.98 | $ 7,072.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dantzler, Phyllis Y | Case Number: 06 B 11205 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 9/8/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 81.60 |
| 5.4% | 202.23 |
| 6.5% | 110.85 |
| 6.6% | 22.44 |
|  | $ 417.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

